# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRAL C. JACKSON, JR. AND
PERFECT 10 PRODUCTIONS, LLC

NO.   2025 CW 0616

VERSUS

SMG AND THE CITY OF BATON
ROUGE/PARISH OF BATON ROUGE

**AUGUST 12, 2025**

---

In Re:   SMG, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No. 648070.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT